UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **J.M. DAVIDSON, LTD.** § | | |
| § | **C.A. NO. 2:21-CV-272** | |
| Plaintiff, § | | |
| § | **Admiralty Fed. R. Civ. P. 9(h)** | |
| v. § | | |
| § | | |
| **DREDGE BECCA SUE, its engines,** § | | |
| **tackle, appurtenances, etc.,** *in rem,* **and** § | | |
| **DREDGE LADY DIANA, its engines,** § | | |
| **tackle, appurtenances, etc.,** *in rem* § | | |
| § | | |
| Defendants. § | | |

## DEFENDANTS' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES AND DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

NOW COME Defendant, DREDGE BECCA SUE, its engines, tackle, appurtenances, etc., *in rem*, and Defendant, DREDGE LADY DIANA, its engines, tackle, appurtenances, etc., *in rem* (collectively, "Defendants"), and file this their Certificate of Interested Parties pursuant to the Court's Order for Conference and Disclosure of Interested Parties, and would respectfully show as follows:

Defendants, through their undersigned counsel, certify that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are or may be financially interested in the outcome of this case:

1. J.M. Davidson, Plaintiff;

2. DREDGE BECCA SUE, *in rem*, Defendant;

3. DREDGE LADY DIANA, *in rem*, Defendant;

1

4. Dredgit Corporation;

5. The Cincinnati Casualty Company;

6. SurTec Insurance Company;

7. Royston, Rayzor, Vickery & Williams, LLP;

8. Welder Leshin Lorenz Buchanan Hawn LLP; and

9. Kilpatrick Townsend & Stockton LLP.

Respectfully submitted,

By: */s/ Dabney W. Pettus*
Dabney Welsh Pettus
State Bar No. 24033443
Federal ID No. 29959
*dpettus@welderleshin.com*

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS, DREDGE BECCA SUE, its engines, tackle, appurtenances, etc.,** *in rem*, **DREDIT LADY DIANA, its engines, tackle, appurtenances, etc.,** *in rem, and* **DREDIT CORPRATION, as Claimant/Owner of DREDGE BECCA SUE and DREDGE LADY DIANA**

OF COUNSEL:

WELDER LESHIN LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, Texas 78401
(361) 561-8000 – Telephone
(361) 561-8001 – Telefax

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to the following attorney of record, in accordance with the Federal Rules of Civil Procedure, on this 6th day of January, 2022.

Jack C. Partridge
jack.partridge@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
1300 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401
**Attorneys for Plaintiff**

                                               */s/ Dabney W. Pettus*
                                               Dabney Welsh Pettus

33818.1
341753