United States District Court
Southern District of Texas
**ENTERED**
February 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| J.M. DAVIDSON, LTD., | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 2:21-CV-00272 |
| DREDGE BECCA SUE, *et al.*, | | |
| Defendants. | | |

## ORDER STAYING PROCEEDINGS, PENDING ARBITRATION

The parties have filed an agreed motion to stay this civil action, pending arbitration. (Doc. No. 23.) The Court GRANTS the motion and ORDERS that this case be STAYED pending a final decision from the arbitration panel. The initial pretrial conference, scheduling conference, and all other deadlines in this civil action are hereby CANCELLED, and the scheduling order (Doc. No. 17) is VACATED.

SIGNED on February 14, 2022.

_____
MITCHEL NEUROCK
United States Magistrate Judge