IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **J.M. DAVIDSON, LTD.** | § § § | **CIVIL ACTION NO. 2:21-cv-272** |
| **Plaintiff,** | § § | |
| V. | § § | Admiralty Fed. R. Civ. P. 9(h) |
| | § | |
| **DREDGE BECCA SUE, its engines, tackle, appurtenances, etc.,** *in rem*, **and DREDGE LADY DIANA, its engines, tackle, appurtenances, etc.,** *in rem* | § § § § § § | |
| **Defendant.** | § § | |

## JOINT STATUS REPORT

Plaintiff, J.M. Davidson, Ltd., the Defendant vessels, Dredges BECCA SUE and LADY DIANA, and the owner of the Defendant vessels, Dredgit Corporation, making a limited appearance under Rule E(8), (the "Parties") submit this their Joint Status Report as directed by the Magistrate Judge and would respectfully show as follows:

This federal civil action is currently stayed pending a final decision from an arbitration panel selected by the Parties. (D.E. 24). The Parties commenced arbitration and have selected a panel of three arbitrators. The arbitration panel has issued a Scheduling Order. See Exhibit "A". The Parties recently filed their respective statements of claims and defenses within the arbitration pursuant to the Scheduling Order. *Id*. A final hearing in the arbitration has been scheduled for April 17 – 28, 2023. *Id*.

The Parties ask that the Court not lift the stay of this civil action pending a Motion from Counsel or a final decision from the arbitration panel. The Parties ask that the Court retain jurisdiction pending the completion of arbitration for the purpose of resolving any disputes as to the scope of the arbitral issues, retaining jurisdiction of the substitute *res* acting as security, and to

enforce any award rendered by the arbitrators, including any award or interest in the security. *See generally, Psara Energy, Ltd., v. Advantage Aarow Shipping*, L.L.C., 946 F.3d 803 (5th Cir. 2020) ("the entry of a stay, as opposed to a dismissal, indicates that the district court perceives that it might have more to do than execute the judgment once arbitration has completed.").

      Respectfully submitted,

      */s/ Jack C. Partridge*
      Jack C. Partridge, Attorney in Charge
      State Bar No. 15534600
      Federal I.D. No. 10470
      802 N. Carancahua, Suite 1300
      Corpus Christi, Texas 78401
      (361) 884-8808
      (361) 884-7261 Facsimile
      **ATTORNEY FOR PLAINTIFF,**
      **J.M. DAVIDSON, LTD.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

      */s/ Dabney W. Pettus*
      Dabney Welsh Pettus, Attorney in Charge
      State Bar No. 24033443
      Federal ID No. 29959
      800 North Shoreline Blvd.
      Suite 300, North Tower
      Corpus Christi, Texas 78401
      (361) 561-8000 – Telephone
      (361) 561-8001 – Telefax
      *dpettus@welderleshin.com*
      **ATTORNEY FOR DEFENDANTS, DREDGE BECCA SUE, its engines, tackle, appurtenances, etc.,** *in rem***, DREDGE LADY DIANA, its engines, tackle, appurtenances, etc.,** *in rem,* **and DREDGIT CORPORATION, as Claimant/Owner of DREDGE BECCA SUE and DREDGE LADY DIANA**

**OF COUNSEL:**

**WELDER LESHIN LLP**

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on August 18, 2022, in accordance with the Federal Rules of Civil Procedure, the foregoing was served to the following counsel by the means indicated.

**VIA ECF SYSTEM:**
Dabney Welsh Pettus
WELDER LESHIN LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, Texas 78401
dpettus@welderleshin.com

                                  */s/ Jack C. Partridge*
                                  Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.